IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE JAMES PETERSON,
a/k/a, OSCAR PETERSON, JR.,

     Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2896

Opinion filed February 20, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Willie James Peterson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

ROWE, KELSEY, and JAY, JJ., CONCUR.